UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

21400 U.S. Courthouse  601 Market Street Philadelphia, PA 19106

MOTION INFORMATION STATEMENT

Docket Number(s): 22-1506

Motion for: Reconsider and Strike Brief from the Courts Records.

BROWN V. COMMONWEALTH OF PENNSYLVANIA, E

The reason for my asking for the above relief in the form of a Strike are within Appellant's Reply Brief Notice However I reiterate here. The Appellee's Brief was not timely pursuant to Federal Rules of Appellate Procedure(FRAP) & Third Circuit Local Rules and Internal Operating Procedure(IOP). Which apply to all cases."Appellee's brief is due 30 days after appellant's brief is served".

MOVING PARTY: Appellant/Petitioner

OPPOSING PARTY: COMMONWEALTH OF PENNSYLVANIA, E

MOVING ATTORNEY: NOEL BROWN  Pro Se,
SCI. SOMERSET
1590 WALTER MILL ROAD
SOMERSET, PA 15510

OPPOSING ATTORNEY: GERARD J. GEIGER, ESQ.
NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360

Court-Judge/Agency appealed from: UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANI

As required by Local Rule, opposing counsel has been notified of the filing of this motion. However, movant do not know opposing counsel's position on motion. Or if opposing counsel intend to file a response to motion. Appellant/Petitioner will not request for oral argument on his motion. Rather reminds the court of the opposing counsel omitted statement within his brief, bottom of page 8 "On October 3, 2022, Noel Brown, filed his brief in 3RD Cir." Argument date of appeal has been set on briefs with NO oral argument on Wednesday, March 15, 2023.

Signature of moving party:"

[signature]  Date: March 1, 2023. Service has been effected on March 1, 2023. See:

___

ORDER FOR THE COURT:
PATRICIA S. DODSZUWEIT, Clerk

IT IS HEREBY ORDERED THAT the motion is GRANTED.

Date:_____  By:_____

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NOEL BROWN V.

COMMONWEALTH OF PENNSYLVANIA, ET AL.,                CERTIFICATE OF SERVICE

Docket Number: 22-1506

I, Noel Brown, hereby certify under penalty of perjury that on March 1, 2023. I served a copy of Motion, via United States Mail, on the following parties: Gerard J. Geiger, Esq. Newman Williams 712 MONROE STREET STROUDSBURG, PA 18360.

March 1, 2023.                                    Sig:

PRO SE CERTIFICATE OF COMPLIANCE WITH WORD OR PAGE LIMITS

The document I am filing: Motion, the number of words or page: 1 page motion with less than 200 words, well below the words requirements.

Initial: N.B.

Noel Brown MW0387 LEGAL
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510

To: U.S. Court of Appeals 3rd Cir
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

MAR - 3 2023
U.S.C.A. 3rd CIR

U.S.M.S. X-RAY

FOREVER USA