<u>WEDNESDAY, MARCH 15, 2023</u>

<u>Coram: JORDAN, GREENAWAY, JR., and NYGAARD, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 22-1506</u>
ProSe Submit

NOEL BROWN,
Appellant
v.
COMMONWEALTH OF
PENNSYLVANIA, Wayne County, et al.